

# NUMBER 13-23-00207-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LINDSEY NEVELS,                                                          Appellant,

v.

T SQUARED ENERGY, LLC,                                          Appellee.

## On appeal from the 37th District Court
## of Bexar County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Chief Justice Contreras**

Appellant Lindsey Nevels filed a notice of appeal from (1) an "Order on Plaintiff's

Motion for Contempt, Sanctions, and to Enforce Temporary Injunction Order," and (2) an

"Agreed Amended Temporary Injunction Order," both arising from trial court cause

number 2022CI19832 in the 37th District Court of Bexar County, Texas.[1] On May 23, 2023, the Clerk of this Court advised appellant that the clerk's record was not timely filed and informed appellant that the appeal was subject to dismissal if arrangements to pay for the clerk's record and proof of payment were not provided to the Court within ten days. On June 16, 2023, the Clerk notified appellant that the Court had received an "Official Form 309A" regarding appellant's bankruptcy proceeding that might affect the status of this appeal and requested appellant to, within ten days, provide the proper notice to this Court if the bankruptcy proceedings pertained to a party subject to this appeal. *See* TEX. R. APP. P. 8.1. On July 11, 2023, the Clerk advised appellant that the appeal would be dismissed unless, within ten days, appellant either filed a notice of bankruptcy in compliance with Rule 8 or made arrangements to pay for the clerk's record and provided proof of payment to this Court. Neither has been done.

The Court, having examined and fully considered the documents on file and the applicable law, is of the opinion that this appeal should be dismissed. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
17th day of August, 2023.

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.